*Courts Copy* M.D.C.F.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida  ▼

Tampa Division

| | |
|---|---|
| **Evanthony R. Norman** | Case No. 8:24cv 79 +PB - SPF |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | Jury Trial: _(check one)_  ☐ Yes  ☐ No |
| -v- | |
| **Amazon Payment Inc.** | |
| _Defendant(s)_ | |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Evanthony Norman (Pro'se) AS-Law Paralegal |
| Street Address | 37240 Valera Ave. |
| City and County | Dade City, Pasco County |
| State and Zip Code | Florida 33523 |
| Telephone Number | 352-437-3165 |
| E-mail Address | ERN1001@student.phsc.edu |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

    Name                         Amazon Payments Inc.

    Job or Title *(if known)*    Registered Agent: Corporation Service Company

    Street Address            1201 Hays Street

    City and County         Tallahassee, Leon County

    State and Zip Code      Florida 32304

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                         Amazon.com Inc.

    Job or Title *(if known)*    Amazon Corporate Office

    Street Address            410 Terry Avenue

    City and County         N Seattle; King County

    State and Zip Code      Washington 98108

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __Evanthony Norman_____, is a citizen of the State of *(name)* __Florida_____.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* __Amazon Payment Inc._____, is incorporated under the laws of the State of *(name)* __Florida_____, and has its principal place of business in the State of *(name)* __Washington_____.

   Or is incorporated under the laws of *(foreign nation)* __Florida_____,

   and has its principal place of business in *(name)* __Amazon.com Inc_____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Nevertheless. other-than $75, 000; 28 U.S. Code § 1332 "Diversity of Citizenship". The amount of controversy, of this class-action law sue; exceeds the sum or value of $5,000,000 exclusive of interest and cost...

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* _____ , at *(place)* _____ ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
Subject to compliant file by civil case "exceeding authorized access'" by the omissions to adhere; regarding e-commerce's amazon payments inc. and amazon.com inc.; whom state/foreign national business activities, fails to comply with the appropriate, as relevant state/foreign national business "ethics" of e=commerce; state/foreign national laws of "protected computer". To which, circumstances of irrelevant e-commerce's, state/foreign national business ethics; to which of relevant activities, as appropriate services and products; offers and sales involving B2C (business consumer transfers/transactions of monetary funds).

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
The unethical acts that contributed to Defendant's omissions to of, adherence; by failing to comply with appropriate business ethics involving "exceeding authority access", by of "protected computers". To which unethical business acts and practices of State/foreign national e-commerce's technological online web-page shopping network Amazon.com Inc.; that is incorporated with e-commerce of state (FL) "payment issuers" by of Amazon Payment Inc.; whom registered agent (legal counsels) of this district of Middle District Court of Florida (Tampa division). Cause Plaintiff (E.N.) and potential class-members the injuries, by jeopardy "theft" of financial institutions Clients monetary funds, to result of Defendant's unethical conduct of business acts and practices. and jeopardizing Clients, by Plaintiff (E.N.) suffer the burden of danger! of deducted monetary banking funds; without notices to be aware of, monetary financial funds being deducted. By which, jeopardizes to lacking monetary funds for purposes of other; monthly living expenses to payouts of deduction.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Behalf of Plaintiff (E.N.) sought for relief; by of (768.725 f.s.) Punitive damages: burden of proof..
(In all civil actions, the plaintiff must establish at trial, by clear and convincing evidence, its entitlement)
The amount should be sought by; controversy exceeds the sum or value of $75,000, exclusive of interest and costs... Relief, sought by "tier of fact" legal discretion of (501.2075) Civil Penalty. "who has willfully (disregarding of consequences to harm of injuries and damages); used a method, act, or practice declared unlawful under s. 501.204; is liable for a civil penalty of not more than $10, 000 for such damages";
Now here; On behalf of Plaintiff (E.N.) and financial institutions, whom potential class-members adverse parties of Defendant's; whom unethical conduct of alleged; by of adverse parties Plaintiff ((E.N.) and potential's (financial institutions) to seek sought for recovery, for the incurring of unethical business acts and practices. To which of exemplary damages, by of economic damages, of a class-actions law sue. By which, the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs... Pursuant of 28 U.S. Code § 1332(1) - (3) (B); monetary relief to be of legal discretion "tier of fact" of Federal District Courts, jurisdiction of federal District judges and Magistrate judge panel's... To which "tier of fact" legal discretions sought by, Itemized verdict. To which, exceeds the sum or value of $5,000,000... Itemized verdict; Pursuant Florida Statutes (768.77 f.s.)

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     *January 03, 2024*

Signature of Plaintiff     *Ev as n*

Printed Name of Plaintiff     *Ev anthony Norman*

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

# Middle District Courts; Statement – Compliant For Civil Case

**Complaint File:** Class-actions of Class-members Law sue for Civil Action.

**Law Violations:** Alleging Negligence "Exceeding authorized access" and "Unauthorized Arrangements"

**Plaintiff:** Evanthony Norman (Pro'se/As-Law Paralegal) One or more members of a class

**Potential Class-members:** Pay Pal Inc.; SouthState Bank Inc. – Non-Incorporated Financial Institutions of Plaintiff (Client of Clients) Banking Institutions

**Incorporated Defendant #1:** Amazon Payments Inc.;  E-commerce Entity Florida (Registered Agent) "Payment Issuers" Under Florida Law; Statute, Rules, and Regulations of Federal Government

**Incorporated Defendant #2:** Amazon.com Inc.; E-commerce Entity (Corporation Headquarters) State/foreign Network Business Activities; Online Sales of Services and Products; Under Florida Law; Statute, Rules, and Regulations of Federal Government

Hereby, Evanthony Norman -

Protected Computer: Exclusively for the use of a financial institution. Such as SouthState Bank Inc.; and Pay Pal Inc... of Consumer (Plaintiff/E.N.), whom banking Clients of national/foreign, protected computer systems. To which, are these banking institutions financing financial, funds electronic transmitters; of transfers and/or transactions; of their Clients debit/credit checking accounts, saving accounts,

and any-other monetary accounts. That is electronic, transfers for transactions. Regarding, monetary payments in receiving and/or payments to be forwarded, to another; financing financial funds transmitter, financial institutions of such electronic transfers, and transactions.

Such as, Amazon Payments Inc. financial institution (payment issuers); of Amazon.com Inc. Online web-page, product and services. Amazon Payment Inc.; to which of Amazon.com Inc., financing of monetary payments in receiving; and forwarding payments charges for sales of products and services. Services such as prime membership subscriptions. To which of Plaintiff (E.N.) in legal dispute, by civil actions.

Nowhere; Regarding Plaintiff (E.N.), two current case files; of Circuit Civil and County Civil, litigations (law sue) of civil actions. Statement of Claims, complaints and Exhibits of evidence. Concerning, unauthorized charges of "unauthorized arrangements"; by constantly, forwarding attempts; to withdraw unauthorized, monetary funds for payments for charges to service; subscription (prime membership).

That was unsubscribed (discontinued – end of membership); by Plaintiff (E.N.) weeks prior  before those unauthorized attempts of forwarding, monetary funds; by of Plaintiff (E.N.), to whom Client of banking financial institutions; SouthState Bank Inc. and Pay pal Inc... Unauthorized attempts, to which matters of law those "unlawful acts and practices"; by of Florida Statute, are "unauthorized arrangements"; by which of unauthorized access by matter of law "exceeding authorized access" – **18 U.S. §1030 Code – Fraud and related activity in connection with computers**

*(a)Whoever—*
*(1)*
*having knowingly accessed a computer without authorization or exceeding authorized access, and by means of such conduct having obtained information that has been determined by the United States Government pursuant to an Executive order or statute to require protection against unauthorized disclosure...*

Exceeding, by overreaching; to authorize access, of an Consumer (Clients), financial institutions; checking, saving and/or etc... By, attempts to forwarding "unauthorized arrangements"; without valid, binding agreements to consent, by of Consumer (Clients); nor financial institutions of Consumer (Client). Such, Consumer of Client (E.N.) banking financial institutions (SouthState Bank Inc.; Pay Pal Inc.).

### (a) Whoever – (1)"having knowingly accessed a computer"

Knowingly, by intention of attempting to forwarding; unauthorized charges of payments in receiving, of non-subscription (discontinued) services (prime membership); on posted dates, imposing to be due on. This constantly conduct of attempting to forwarding; by of "unauthorized access" (consents); by of Amazon Payments Inc. (payment issuers) of Amazon.com Inc.

By, cause to liable conduct; of the Payment issuers, whom obtain to storage a collection of financing data; for purposes of transfers and/or transactions; of Amazon.com Inc services and/or products. To which process of electronic, monetary wire data processing of Consumer (Clients) "financial information" accounts; of financial financing (transfers/transactions) institution.

By which allows to incur the burdens and worry of "exceeding authorized access" of the/a "protected computers"; Regarding Consumers (Clients), financial institution of financing there financial funds.

### 501.171   Security of confidential personal information

*(1)   DEFINITIONS.—As used in this section, the term:*

*(d)   "Data in electronic form" means any data stored electronically or digitally on any computer system or other database and includes recordable tapes and other mass storage devices.*

*(III)   A financial account number or credit or debit card number, in combination with any required security code, access code, or password that is necessary to permit access to an individual's financial account;*

Are "payment instrument issuers"; by to which of national/foreign, "funds transmitters". Entity whom of issuers; by of monetary, business transactions of charges and payments. whom technical entity users, of electronic monetary financial wiring. In regards to innovation, of Computer online web technologies of national/foreign.

Business commerce corporations, finances and financials of monetary deposits, of Consumers (Clients) of financial institutions; for services and/or products provided. And withdrawals of monetary deposits, for Consumers (Clients) payments of services and/or products provided.

Consumers (Clients), payments from recent to past known, payment to charges of services and/or products; of the/a Consumers (Clients) national/foreign financial banking entity. By, of Consumer  (Clients) monetary financing transfers and transactions, of

debit/credit checking accounts and etc... By, of these liable acts by Amazon Payment Inc.; and whom fault, to be liable;

Amazon.com Inc... Wrongful conducts, of business transfers and transactions; by obtaining and storing (numerous collections) of Consumers (Clients), financing data of financial institutions, financial account information.

To which, allows to incur the burdens and worry of "exceeding authorized access" of the/a "protected computers"; Regarding Consumers (Clients) and  financial institutions of financing (transfers and transactions) there financial funds.

by which, now Amazom.com Inc.; and Amazon Payments Inc... Is of violations of unauthorized access by matter of law "exceeding authorized access" **– 18 U.S. §1030 Code – Fraud and related activity in connection with computers**

*(2)intentionally accesses a computer without authorization or exceeds authorized access, and thereby obtains —*
*(A)*
*information contained in a financial record of a financial institution, or etc…*
*(B)*
*information from any department or agency (federal reserve bank inc.) of the United States; or*
*(C)*
*information from any protected computer;*


**And,  here also; Violations of**

**Florida Statutes – (777.04(1)(2) f.s.) "Attempts, Solicitations, and Conspiracy"**
*(2)A person who solicits another to commit an offense prohibited by law and in the course of such solicitation commands, encourages, hires, or requests another person to engage in specific conduct which would constitute such offense or an attempt to commit such offense commits the offense of criminal solicitation, ranked for purposes of sentencing as provided in subsection (4)*
***Wherefore; a person (amazon.com inc.) of district/state/foreign, business entity Inc.; solicits by hiring (amazon payment inc.) of district/state/foreign, business***

*entity Inc; as another person (incorporation), to commit an offense (civil) offense (exceeding authorized*

*access); prohibited by law and in the course, of such specific conduct (solicits of storing); by probable cause, knowingly; which would constitute such (civil) offense, by "unauthorized arrangements";*

*to result of "exceeding authorized access". By constantly attempts of forwarding, unauthorized charges; to which Defendants commits the unlawful prohibited acts; violations of "exceeding authorized access"; of "protected computer"*

And, now here; Contrary of Florida Statutes

**(815.06(1)(2)(a)(b) f.s.) "Offenses against users of computers, computer systems, computer networks, and electronic devices"**

*(1)   As used in this section, the term "user" means a person with the authority to operate or maintain a computer, computer system, computer network, or electronic device.*

*(2)   A person commits an offense against users of computers, computer systems, computer networks, or electronic devices if he or she willfully, knowingly, and without authorization or exceeding authorization:*

*(a)   Accesses or causes to be accessed any computer, computer system, computer network, or electronic device with knowledge that such access is unauthorized or the manner of use exceeds authorization;*

*(b)   Disrupts or denies or causes the denial of the ability to transmit data to or from an authorized user of a computer, computer system, computer network, or electronic device, which, in whole or in part, is owned by, under contract to, or operated for, on behalf of, or in conjunction with another;*

By of Defendant's; Amazon.com Inc. and Amazon Payments Inc... Being in violations of this unlawful, prohibited "protected computer" civil and/or criminal offense of crimes. Subject to

**18 U.S. §1030 Code – Fraud and related activity in connection with computers**

**Florida Statutes – (777.04(1)(2) f.s.) "Attempts, Solicitations, and Conspiracy"**

**Florida Statutes - (815.06(1)(2)(a)(b) f.s.) "Offenses against users of computers, computer systems, computer networks, and electronic devices"**

To which, by causes of; Civil actions of federal court, judicial jurisdictions case file; "Compliant For Civil Case Alleging Negligence"

By, cause of

*(a)Whoever—*

*(1)having knowingly accessed a computer without authorization or exceeding authorized access, and by means of such conduct having obtained information that has been determined by the United States Government pursuant to an Executive order or statute to require protection against unauthorized disclosure...*

**By which, Contrary and Pursuant; Florida Statutes**

**90.201   Matters which must be judicially noticed.**— *A court shall take judicial notice of:*
*(2)Florida rules of court that have statewide application, its own rules (protected computer), and the rules (protected computer) of United States courts adopted by the United States Supreme Court.*

**90.202   Matters which may be judicially noticed.**— *A court may take judicial notice of the following matters, to the extent that they are not embraced within s. 90.201:*
*(5)Official actions of the legislative, executive, and judicial departments of the United States and of any state, territory, or jurisdiction of the United States.*

And, so here now; Notwithstanding, the Defendants violations of federal government legislative, federal rules of codes and regulation; and federal statute treaties; of international state statutes. Subject-matters of law: To which, matters must be judicially noticed: Contrary of **18 U.S. §1030(a)(1) Code;** And, so with such respect of law; must be judicially noticed of Cybercrime and the Law;

by which of such wrongful conduct, *having obtained information that has been determined, by the United States Government pursuant to an Executive order or statute to require protection against unauthorized disclosure...*

To which, matters and concerns of rules and law provisions, of federal government legislative "protected computer" legal law clause. Are correspondence federal rules of codes and regulation; and federal statute treaties; of international state statutes; of the United States Congress, legislative *"Computer Fraud and Abuse Act (CFAA) and the 116th Congress"* provisional act of law;

By which, matters and concerns; of the federal government legislative; "protected computer" legal law clause. To which, matters of Cybercrime and the Law; Refers to numerical legal sequences *(2.; 3.; 4.; 5.;)* - Pursuant to

## Cybercrime and the Law: Computer Fraud and Abuse Act (CFAA) and the 116th Congress

**The Computer Fraud and Abuse Act (CFAA), 18 U.S.C. § 1030, is a civil and criminal cybercrime law prohibiting a variety of computer-related conduct. Although sometimes described as an anti-hacking law**

*2. Obtaining certain types of information through unauthorized computer access;*

*3. Trespassing in a government computer;*

*4. Engaging in computer-based frauds through unauthorized computer access;*

*6. Trafficking in passwords or other means of unauthorized access to a computer;*

**Although the CFAA is the primary federal anti-hacking statute;**

Generally, the CFAA prohibits conduct that (1) is carried out by an individual "without authorization" or who "exceeds authorized access," and that (2) involves a computer. Thus, the meanings of "computer," "without authorization," and "exceeds authorized access" are all crucial to understanding the

Now here; In regards to this case file; by of Plaintiff (E.N.), whom 1 class-member of this civil actions; class-action of 2 adverse parties, incorporated Defendant's. To seek sought for relief of civil actions, by a class-action law sue. By of Middle District Court of Florida (Tampa division); Case files by of

**"COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE" (28 U.S.C. § 1332; Diversity of Citizenship)**

On causes to Defendant's violations, by matter of law  federal government legislative; "protected computer" legal law clause; and "exceeding authorized access". To which matters of Cybercrime and the Law;

By which, Plaintiff (E.N.) is a citizen of state (FL) and district business activities; of Amazon Payments Inc. (District Registered Agency); by of Amazon.com Inc (Seattle, WA). To which, Plaintiff (E.N.) is of foreign/state; different from Defendant (Amazon.com Inc.)

To which, matters must be judicially noticed: Contrary and Pursuant to **28 U.S. Code § 1332 ;** By, cause of; two Defendants Amazon.com Inc.; and Amazon Payments Inc... And 1 Class member (Plaintiff/E.N.), whom adverse party; of this class-action lawsuit. To which are potentials of 2 other class-members, Plaintiff's (SouthState Bank Inc.; Pay Pal Inc.).

**Rule 23. (a) PREREQUISITES. One or more members of a class may sue; or be sued as representative parties on behalf of all members only if:**

**(2) there are questions of law or fact common to the class;**

*Whereas, by of these alleging negligence, acts and practices; violation to which matters of federal government of "protected computers"; by which must be judicially noticed; by which questions of laws, alleging negligence; to which of "exceeding authorized access" by matter of law "protected computers"; by of ;*

*federal rules of codes and regulation; and federal statute treaties; of international state statutes; and of the United States Congress, legislative "Computer Fraud and Abuse Act (CFAA) and the 116th Congress" provisional act of law;*

*Wherefore, "fact common to this class"; Nevertheless, common action such as Plaintiff (E.N.) current, ongoing Civil actions; Relating to legal/law matters of  "exceeding authorized access" (unauthorized arrangements) and "protected computers" (financial institutions);*

*to which true of fact case file proceedings, by of Circuit Civil and Civil County; civil actions litigations Courts of Sixth Judicial lower-tribunal,  Pasco County; by fact common of this class-actions, case file; by **"Complaint For Civil Case Alleging Negligence"**.*

Therefore, one class-member; such Plaintiff (E.N.) by of a civil actions, by Class-actions; may sue adverse parties, Defendant's; of same and/or different state/foreign districts; by of Federal Government, District Federal Court Jurisdictions.

To which, matters must be judicially noticed: And, so with such respect of law; must be judicially noticed: by **(a)(1)** *determined, by the United States Government pursuant to an Executive order or statute to require protection against unauthorized disclosure...* By which matters of "Diversity of citizenship"

To seek sought for relief of civil actions, by a class-action law sue. **Contrary to**

**28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs**

**(d)**

**(1)***In this subsection—*

**(A)**

*the term "class" means all of the class members in a class action;*

**(B)**

*the term "class action" means any civil action filed under rule 23 of the Federal Rules of Civil Procedure or similar State statute or rule of judicial procedure authorizing an action to be brought by 1 or more representative persons as a class action;*

**(2)***The district courts shall have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which—*

 **(A)** *any member of a class of plaintiffs is a citizen of a State different from any defendant;*

**(B)** *any member of a class of plaintiffs is a foreign state or a citizen or subject of a foreign state and any defendant is a citizen of a State; or*

*(3) A district court may, in the interests of justice and looking at the totality of the circumstances, decline to exercise jurisdiction under paragraph (2)…*

*(B) whether (circumstances) the claims asserted (alleging negligence) will be governed by laws of the State in which the action was originally filed or by the laws of other States;*

**Contrary to**

**28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs**

Behalf of Plaintiff (E.N.) sought for relief; by of **(768.725 f.s.)** Punitive damages: burden of proof.. (*In all civil actions, the plaintiff must establish at trial, by clear and convincing evidence, its entitlement…* by of economic damages) The amount should be sought by; controversy exceeds the sum or value of $75,000, exclusive of interest and costs...

Relief, sought by "tier of fact" legal discretion of Punitive damages (economic damages); and **(501.2075)** Civil Penalty. "who has willfully (disregarding of consequences to harm of injuries and damages); used a method, act, or practice declared unlawful under s. 501.204; is liable for a civil penalty of not more than $10, 000 for such damages";

*(a)The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—*

*(1)*
*citizens of different States;*

*(3)*
*citizens of different States and in which citizens or subjects of a foreign state are additional parties; and*

**Note 1:** Relating to legal/law matters of "exceeding authorized access" (unauthorized arrangements) and "protected computers" (financial institutions); to which true of fact case file proceedings, by of Circuit Civil and Civil County;

**Circuit Civil; Case No.:**512023CA004699CAAXES – Date Filed:12/11/2023

**County Civil; Case No.:** 512023CC005344CCAXES – Date Filed: 12/19/2023

**Note 2:** Class-members of this class-action litigation, law sue. That are potentials Plaintiff's of adverse parties, Defendant's; to which potential meaning, a possibility in near future; affiliate their financial institutions, by take interest of legal actions; to be of Plaintiff's, of this case filings Compliant For Civil Case Alleging Negligence. In Regards to the financial institution, "protected computers" electronic wire monetary systems;

and Defendant's conducts "exceeding authorized access"; of "payment issuers"; by of Amazon.com Inc... To which, conduct matters and concerns the financial institutions, effects, regarding such wrongful conduct; by violations of conduct (statutes, rules, regulations);

to which effect, by of Defendant's unlawful; state/foreign nations e-commerce's business acts and practices. By which, effects of injuries and/or damages Defendants, to have already caused of legal dispute; to which effects such probable cause to possibly of jeopardize, their financial institution of economic damages; and influences of their Consumer's (Clients);

or other potential Consumer's (Clients) choices to financial institution; by which cause "conflict of interest", of good-fait (trustworthy, lawful) amongst U.S. Citizens, Consumers and Plaintiff's financial institutions; public banking account services. To as, a result of the Defendant's incorporated, wrongful conduct.

**Note 3:** Regarding potentials Plaintiff's of adverse parties, Defendant's; to which potential meaning, a possibility in near future. Near future, after Plaintiff (E.N.) case file of this legal matter of Class-action; make notifications to both financial institutions, State (FL) district Registered Agent. This case filings Compliant For Civil Case Alleging Negligence.

Regards to the financial institution "protected computers" electronic wire monetary systems; subject-matter of law ""exceeding authorized access".

**Pay Pal Inc**. – Registered Agent Name and Address: CT Corporations System; 1200 South Pine Island Road; Plantation, FL 33324: Status Active; FEI/EIN Number 77-0510487

**SouthState Bank Inc.** – Registered Agent Name and Address: Office of General Counsel; SouthState Bank, N.A.; 1951 8th ST. NW; Winter Haven, FL 33881: Status Active; FEI/EIN 59-29779916

## Signalment of Discourse (Compliant/Statement)

**Discoursed By:** Evanthony R. Norman (Pro'se/AS-Law Paralegal)

**Signature:** *[signature]*

**Date:** January 3, 2024

**Contact Information -**

Home Mail: 37240 Valera Ave. Dade City, Fl 33523

E-Mail: ERN1001@Student.PHSC.EDU

Phone/Mobile: 352-437-3165

*[handwritten note:]* Couple Copy M. D.4F. Legal/Law Note of Complient! By matter of law



**Congressional Research Service**
Informing the legislative debate since 1914

# Cybercrime and the Law: Computer Fraud and Abuse Act (CFAA) and the 116th Congress

September 21, 2020

Congressional Research Service
https://crsreports.congress.gov
R46536



**Congressional Research Service**
Informing the legislative debate since 1914

SUMMARY

R46536

September 21, 2020

Peter G. Berris
Legislative Attorney

# Cybercrime and the Law: Computer Fraud and Abuse Act (CFAA) and the 116th Congress

The Computer Fraud and Abuse Act (CFAA), 18 U.S.C. § 1030, is a civil and criminal cybercrime law prohibiting a variety of computer-related conduct. Although sometimes described as an anti-hacking law, the CFAA is much broader in scope. Indeed, it prohibits seven categories of conduct including, with certain exceptions and conditions:

1. Obtaining national security information through unauthorized computer access and sharing or retaining it;

2. Obtaining certain types of information through unauthorized computer access;

3. Trespassing in a government computer;

4. Engaging in computer-based frauds through unauthorized computer access;

5. Knowingly causing damage to certain computers by transmission of a program, information, code, or command;

6. Trafficking in passwords or other means of unauthorized access to a computer;

7. Making extortionate threats to harm a computer or based on information obtained through unauthorized access to a computer.

Since the original enactment of the CFAA in 1984, technology and the human relationship to it have continued to evolve. Although Congress has amended the CFAA on numerous occasions to respond to new conditions, the rapid pace of technological advancement continues to present novel legal issues under the statute. For example, with increasing computerization has come a corresponding proliferation of Terms of Service (ToS) agreements—contractual restrictions on computer use. But federal courts disagree on whether the CFAA imposes criminal liability for ToS violations, and the United States Supreme Court is currently considering a case on this issue. Another technological development that has created tension under the CFAA is the rise of botnets, which are networks of compromised computers often used by cybercriminals. Although the CFAA prohibits creating botnets and using them to commit certain crimes, it is unclear if selling or renting a botnet violates the statute—a potential concern given that botnet access is often rented from botnet brokers. On a more basic level, another change that has prompted some reexamination of the CFAA is the seemingly-growing frequency of computer crime. Some contend that the prevalence and perniciousness of hacking requires private actors to defend themselves by hacking back—that is, initiating some level of intrusion into the computer of the initial attacker. The same provisions of the CFAA that prohibit hacking ostensibly also make it a crime to hack back, which some legislation has sought to change.

student, nearly starts World War III when he accesses the computer system controlling the United States nuclear arsenal, mistaking the system for an interactive video game.[19] The movie's depiction of the dangers of the computer age—where even nuclear annihilation could be a few keystrokes away—was not lost on policy makers.[20] According to one report, after viewing WarGames at Camp David, President Ronald Reagan asked advisers and the chair of the Joint Chiefs of Staff whether the plot of the movie was possible.[21] The CFAA is sometimes "said to be the [eventual] result of their deliberations,"[22] although congressional interest in computer crimes may be traced back at least as far as the 1970s.[23]

The first major federal computer-crime enactment came in the form of the Counterfeit Access Device and Computer Fraud and Abuse Act of 1984 (the 1984 Act).[24] With exceptions, the law prohibited three subsets of computer-based conduct: (1) obtaining national security information through unauthorized computer access; (2) obtaining financial information through unauthorized computer access, and (3) trespassing into a government computer and "knowingly us[ing], modif[ying], destroy[ing], or disclos[ing] information" on that computer.[25] The 1984 Act faced a number of criticisms over its relatively narrow scope,[26] and the Department of Justice (DOJ) expressed concern that the 1984 Act made computer crime prosecutions difficult.[27] In 1986, Congress substantially amended the 1984 Act, and the modern CFAA has many of its roots in that 1986 amendment.[28] Among other things, the 1986 amendment modified intent requirements and prohibited new categories of conduct including password trafficking, damaging computers, and accessing computers with intent to defraud.[29] Since 1986, Congress has amended the CFAA on

---

https://www.nytimes.com/2016/02/21/movies/wargames-and-cybersecuritys-debt-to-a-hollywood-hack.html (describing the birth of federal cybersecurity laws following President Ronald Reagan's concern over the movie "WarGames"); Ivan Evtimov et al., *Is Tricking A Robot Hacking?*, 34 BERKELEY TECH. L.J. 891, 904 (2019) ("According to popular lore, President Reagan saw the movie *War Games* and met with his national security advisers the next day to discuss America's cyber vulnerabilities. The CFAA is said to be the result of their deliberations."); Jay P. Kesan & Carol M. Hayes, *Mitigative Counterstriking: Self-Defense and Deterrence in Cyberspace*, 25 HARV. J.L. & TECH. 429, 492 (2012) ("There is some evidence that when the CFAA was originally enacted in 1984, it was partially in response to the situations depicted in the action film WarGames.").

[19] *See* Roger Ebert, *WarGames*, ROGEREBERT.COM (June 3, 1983), https://www.rogerebert.com/reviews/wargames-1983 (reviewing and summarizing plot of *WarGames*).

[20] H.R. REP. NO. 98-894, at 10 (1984) (referencing *WarGames* in discussion of necessity of computer fraud legislation).

[21] Kaplan, *supra* note 18.

[22] Evtimov, *supra* note 18, at 904.

[23] *See* CRS Report 97-1025, *Cybercrime: An Overview of the Federal Computer Fraud and Abuse Statute and Related Federal Criminal Laws*, by Charles Doyle, at n.2 (chronicling legislative history of CFAA).

[24] Greg Pollaro, Note, *Disloyal Computer Use and the Computer Fraud and Abuse Act: Narrowing the Scope*, 2010 DUKE L. & TECH. REV. 12, 4 (Aug. 26, 2010).

[25] Pub. L. No. 98-473, § 2102, 98 Stat. 1837 (1984) (codified at 18 U.S.C. § 1030).

[26] *See, e.g.*, Jo-Ann M. Adams, *Controlling Cyberspace: Applying the Computer Fraud and Abuse Act to the Internet*, 12 SANTA CLARA COMPUTER & HIGH TECH. L.J. 403, 422 (1996) ("[The 1984 Act] protected a very narrow class of financial and credit information.").

[27] *See generally* S. REP. NO. 99-432, at 6–9 (1986) (summarizing concerns expressed by DOJ).

[28] Adams, *supra* note 26, at 422.

[29] *Id.* at 423.

---

numerous occasions,[30] broadening both the conduct prohibited by the statute and the types of computers protected.[31] Today, the CFAA is the main federal[32] computer fraud statute.[33]

# Overview of the CFAA

## Key CFAA Terms

Although the CFAA is the primary federal anti-hacking statute,[34] the word "hacking" does not appear in any of its various provisions.[35] Instead, the statute criminalizes several categories of conduct that include many types of computer hacking as well as a variety of other computer-based activities.[36] Each category of conduct that the CFAA criminalizes tends to be defined by several overarching key terms that appear throughout the CFAA. Generally, the CFAA prohibits conduct that (1) is carried out by an individual "without authorization" or who "exceeds authorized access," and that (2) involves a computer.[37] Thus, the meanings of "computer," "without authorization," and "exceeds authorized access" are all crucial to understanding the scope of the CFAA.

### Computer

The CFAA broadly[38] defines "computer" as any "electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions," including "any data storage facility or communications facility directly related to or operating in conjunction with such device . . . ."[39] The CFAA excludes only automated typewriters, typesetters, portable hand held calculators, and similar devices from its definition of computer.[40] These limited exceptions to the CFAA's definition of "computer" "show just how general" the statute's definition of computer is.[41] As one court explained, the definition includes any device with an electronic data processor, of which there are numerous examples.[42] Thus, under the CFAA, computers include not only laptops and desktops, but also a wide array of computerized

---

[30] *See* Doyle, *supra* note 23, at n.2 (listing CFAA amendments).

[31] *See* U.S. DEP'T OF JUSTICE, *supra* note 9, at 1–2 (summarizing amendments to CFAA).

[32] The CFAA exists against the backdrop of numerous state computer crime laws that are beyond the scope of this Report. *E.g.*, VT. STAT. ANN. tit. 13, §§ 4101–07. Computer misuse statutes have been enacted in "all fifty states. . . ." KERR, *supra* note 7, at 29; *accord Computer Crime Statutes*, NAT'L CONF. OF STATE LEGISLATURES (Feb. 24, 2020), https://www.ncsl.org/research/telecommunications-and-information-technology/computer-hacking-and-unauthorized-access-laws.aspx (conducting survey of the computer crime laws of all 50 states).

[33] *See* Evtimov, *supra* note 18, at 904 ("Since its implementation, the CFAA has been the nation's predominant anti-hacking law.").

[34] *See id.*

[35] *See* 18 U.S.C. § 1030 (proscribing various conduct without use of the word "hacking").

[36] *Id.*

[37] *See, e.g., id.* § 1030(a)(2) (prohibiting "intentionally access[ing] a computer without authorization" or in excess of authorization, and obtaining certain types of information).

[38] *See* United States v. Mitra, 405 F.3d 492, 495 (7th Cir. 2005) (discussing breadth of CFAA with respect to the types of computers it governs).

[39] 18 U.S.C. § 1030(e)(1).

[40] *Id.*

[41] *Mitra*, 405 F.3d at 495 (emphasis omitted).

[42] United States v. Kramer, 631 F.3d 900, 902 (8th Cir. 2011).

---

## Without Authorization and Exceeds Authorized Access

Numerous provisions in the CFAA only apply if the defendant acts "without authorization" or if he "exceeds authorized access" when committing the relevant conduct.[50] For example, Section 1030(a)(2) prohibits intentionally accessing a computer without authorization or in excess of authorization and obtaining information from a financial institution, the federal government, or a protected computer.[51] Other provisions contain nearly identical requirements.[52]

While the CFAA repeatedly uses the phrases "exceeds authorized access" and "without authorization," the statute does not fully define either phrase.[53] In fact, the statute offers no definition for "without authorization."[54] And, although the CFAA does explain that "exceeds authorized access" means "access[ing] a computer *with authorization* and to use such access to obtain or alter information in the computer that the accesser is not entitled to so obtain or alter," that definition hinges on the meaning of the undefined phrase "with authorization."[55]

On a more fundamental level, the meaning of authority—the common concept in "exceeds authorized access" and "without authorization"—is also undefined by the CFAA.[56] In practice, it appears that authority to use a computer may be positively granted in a number of ways—for example through an employer who lets an employee use a work computer for business purposes[57] or a website that allows users to access its servers for some function.[58] But the scope of authority—and therefore its meaning under the CFAA—largely depends on the negative limits placed on that authority in the specific context in which the statute is applied.[59] As a result, it is difficult if not impossible to separate authority from the phrases "exceeds authorized access" and "without authorization," as those phrases represent the outer boundaries of authorized computer use.[60] And those boundaries are hazy under the CFAA; courts, for example, disagree on the extent to which authority may be curtailed by contractual restrictions,[61] as opposed to technological restrictions such as password requirements.[62]

---

[50] 18 U.S.C. § 1030.

[51] *Id.* § 1030(a)(2).

[52] *Id.* § 1030.

[53] *Id.*

[54] *Id.* § 1030(e).

[55] *Id.* (emphasis added).

[56] *Id.* § 1030.

[57] *See, e.g.*, United States v. Rodriguez, 628 F.3d 1258, 1263 (11th Cir. 2010) (explaining that employee was authorized by employer to use database).

[58] hiQ Labs, Inc. v. LinkedIn Corp., 938 F.3d 985, 1002 (9th Cir. 2019) (examining authority to access information on website servers as byproduct of that information being generally available to the public).

[59] *See, e.g., Rodriguez,* 628 F.3d at 1263 (describing scope of employee's authority to use databases by its outer limit, specifically that "use of databases to obtain personal information is authorized only when done for business reasons"); Facebook, Inc. v. Power Ventures, Inc., 844 F.3d 1058, 1067 (9th Cir. 2016) (describing how authorization was removed by a written cease and desist letter).

[60] *See, e.g., hiQ Labs, Inc.,* 938 F.3d at 1003 (exploring limits of authority based on whether use of a computer fell into the "without authorization" category as a result of a cease and desist letter).

[61] Indeed, there is an unresolved split in the federal courts of appeals over whether "without authorization" and "exceeds authorized access" permit criminal liability for violations of contracts restricting the permissible uses of a given computer, such as employer computer use policies or ToS agreements—contracts that govern the use of a product such as a website. *See infra* § "The CFAA and ToS Violations."

[62] *See infra* § "The CFAA and ToS Violations." One scholar has suggested three types of restrictions that may limit authorized computer use, including: (1) code based restrictions such as passwords or other means of programming

---

*Court's Copy M.D. C.F.*

# Paralegal Student Pro' se - Profile Information

**Personal Information**

Name: Evanthony R. Norman

Age:47

Ethnic/Race: Afro-American

Address: 37240 Valera Ave, Dade City, Fl 33523

**Education Information**

Pasco High School (Achieved - Diploma) Dade City, Fl

Pasco-Hernando Community College (Completed 2013 - AAS-degree Business Administration) East-campus

Pasco-Hernando State College (Completed 2023 - AS-degree of Paralegal Law Studies

Saint Leo University (Earned 97 credits of 120 – Bachelor degree Business Administration)

Florida Tech Institution (Earned 1 transfer credit/ Master E-learning course study)

**Currently enrolled at Pasco-Hernando State College East-campus**

Bachelor-degree of Public Services and Public Safety (97% of completion - 2024 Spring semester expected year of completion.)

**Civil Experiences and Civil Knowledge**

Civil litigations and (State Courts and Federal Courts)

Florida Statutes; Federal Code Regulations; U.S. Constitution

**Public Services – Directed By PHSC**

Habitat for Humanity Restore, East-Pasco Dade City

Ameri-Corps

**Personal Interest**

During free time I conduct and illustrate thy-self; To read, write, Spanish Terminology. (Approximately 20 – 150 vocabulary and understanding the terms)

# Signalment of Discourse (Profile)

**Discoursed By:** Evanthony R. Norman

**Date:** December 13, 2023

**Contact Information –**

**Home Mail:** 37240 Valera Ave. Dade City, Fl 33523

**E-Mail:** ERN1001@STUDENT.PHSC.EDU

**Phone/Home:** 352-437-3165 Mobile/Phone: 352-999-5620